No. 97, Misc. RAMER *v.* UNITED STATES; and

No. 141, Misc. CHURCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Mervyn Hamburg* for the United States in both cases.

No. 100, Misc. GREGORY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Charles L. Kellar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 102, Misc. LATTA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch, Attorney General of California, William E. James,* Assistant Attorney General, and *Jerold A. Prod,* Deputy Attorney General, for respondent.

No. 104, Misc. BISHOP *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 107, Misc. COGHLAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Bernard G. Winsberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Theodore George Gilinsky* for the United States.

No. 108, Misc. AVENT ET AL. *v.* NEWARK HOUSING AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied. *David L. Krooth, Norman S. Altman, Victor A. Altman, William S. Tennant, Augustine J. Kelly,* and *Michael M. Alercio* for respondents.